UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUFTI HASSAN** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO.** |
| **SWIFTSHIPS SHIPBUILDERS, LLC,** | **SECTION:** |
| **SWIFT GROUP, LLC, CALVIN LELEAUX,** | |
| **SHEHRAZE SHAH, KHURRAM SHAH,** | |
| **ICS NETT, INC., and ICS MARINE, INC.** | |

### REQUEST FOR REGISTRATION OF A DISTRICT COURT JUDGMENT RENDERED IN ANOTHER DISTRICT

To:  The Clerk of the United States District Court for the Western District of Louisiana

You are requested to register promptly in your district pursuant to 28 U.S.C.A. § 1963 a judgment rendered and entered in a civil action, Docket No. 14-2592, by the United States District Court for the Eastern District of Louisiana, Section "G-5", on December 14, 2015, in favor of Lufti Hassan (on whose behalf the registration is requested) and against Swiftships Shipbuilders, LLC, Swift Group, LLC, Calvin LeLeaux, Shehraze Shah, Khurram Shah, ICS Nett, Inc., and ICS Marine, Inc. The judgment is for the recovery of money, as more fully shown by the attached certified copy of the judgment. The judgment is a final judgment in that no appeal was ever taken from the judgment and the time therefore such appeal has expired.

Plaintiff requests this registration for good cause in that upon information and belief, defendants do not have sufficient property located within the Eastern District of Louisiana to satisfy the above-referenced judgment and do have sufficient property located within the Western District of Louisiana to satisfy the above-referenced judgment.

You are requested to notify the undersigned, attorney for Lufti Hassan, at the address set out below as soon as the registration is effected in order that enforcement of the judgment in

your district may be expedited.

Dated: May 24, 2016

                                                Respectfully submitted,

*/s/  J. Geoffrey Ormsby*
RANDALL A. SMITH, T.A. (#2117)
J. GEOFFREY ORMSBY (#24183)
      Of
**SMITH & FAWER, L.L.C.**
201 St. Charles Ave., Suite 3702
New Orleans, Louisiana 70170
Telephone:  (504) 525-2200
Facsimile:  (504) 525-2205
gormsby@smithfawer.com

***Attorneys for Plaintiff Lufti Hassan***