RECEIVED

JUN 2 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LUFTI HASSAN | CIVIL ACTION NO. 6:16-mc-00014 |
| VERSUS | JUDGE DOHERTY |
| SWIFTSHIPS SHIPBUILDERS, LLC | MAGISTRATE JUDGE HANNA |

### **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for judgment pro confesso be **denied** consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss be **denied as moot** consistent with the report and recommendation.

Lafayette, Louisiana, this 27 day of June, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE